**SO ORDERED.**

**SIGNED May 07, 2010.**



_____
STEPHEN V. CALLAWAY
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

IN RE: JAMES ELMER SMITH, JR. AND MELISSA KAY SMITH     CASE #10-30408
    CHAPTER 7

JP MORGAN CHASE BANK, N.A.

VERSUS

JAMES ELMER SMITH, JR. AND MELISSA KAY SMITH

### O R D E R

CONSIDERING the Motion, the law and evidence in favor thereof, and upon proper notice of hearing on same;

IT IS ORDERED that the automatic stay order presently in effect pursuant to 11 U.S.C. 362 with regard to the instant Chapter 7 be lifted insofar as Mover, JP Morgan Chase Bank, N.A. its Successors and/or Assigns is concerned, and further that Rule 4001 (a)(3) is not applicable and Mover, its Successors and/or Assigns, is permitted to immediately to initiate, continue or refile suit in any State Court of proper jurisdiction to foreclose on its security interest in the property described below, to name the debtors, James Elmer Smith, Jr. and Melissa Kay Smith as defendants therein,

and to conduct whatever judicial enforcement proceeding may be necessary to effectuate this order on the property described below:

> LOT 116 MADERA PARC AMENDED ACCORDING TO BOOK 317 OF MAPS, PAGE 10 AND CERTIFICATE OF CORRECTION RECORDED IN DOCUMENT NO 87130892, RECORDS OF MARICOPA COUNTY, ARIZONA

Property bears municipal number 737 W. Horshoe Avenue, Gilbert, AZ 85233

IT IS FURTHER ORDERED that Mover is awarded attorney's fees and costs in conjunction with this motion and further that the order granting relief from the automatic stay shall be continuing, binding and effective in any subsequent conversion of this bankruptcy proceeding.

IT IS FURTHER ORDERED that the above property be abandoned as property of the bankruptcy estate.

The entity submitting this order represents to the Court that the underlying motion was filed and served in conformity with the local rules, that no pleading or response has been filed in opposition thereto, and that the relief to be granted by this order is consistent with the relief pled for in that motion.

###

This order was prepared and is being submitted by:
Graham, Arceneaux & Allen, LLC

*/s/L. Graham Arceneaux*
L. Graham Arceneaux (#25334)
Stacy C. Wheat (#19826)
Attorneys for Mover
601 Poydras St., Suite 2080
New Orleans, LA 70130
(504) 522-8256
bankruptcy@gra-arc.com